The decree of the court below is modified by the elimination of the item of interest and, as so modified, is affirmed; costs to be borne by the parties equally.

## Fitzgerald Estate.

Argued April 16, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*Kathleen Fitzgerald*, appellant, in propria persona.

No argument was made nor brief submitted for appellee.

OPINION PER CURIAM, May 27, 1957:
The decree of the court below is affirmed at the appellant's costs.

## Fenell Estate.

Argued April 26, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.